James W. Combs and others, *Appellants, v.* Lewis Combs and others, *Respondents.*— Order of Special Term affirmed, with ten dollars costs and disbursements. Opinion by Hardin, J.

Daniel W. Brown, *Respondent, v.* J. Paul Grupp and another, *Appellants.*— Judgment reversed, and new trial ordered before another referee, costs to abide event. Opinion by Smith, J.

John Machen, *Respondent, v.* The Lamar Insurance Company of New York, *Appellant.* Judgment affirmed. Opinion by Hardin, J.

John Machen, *Respondent, v.* The Manufacturers' Insurance Company, *Appellant.*— Judgment affirmed on opinion of Hardin, J., in last preceding case.

Mary L. Fisher and others, *Respondents, v.* Charles W. Hersey and others, *Appellants.*— Judgment and order affirmed, with costs. Opinion by Talcott, P. J.

Harrison S. Dean, *as Executor, etc., Appellant, v.* Jerome B. Roseboom, *Respondent.* — Judgment affirmed. Opinion by Smith, J.

Andrew J. Ensign, *Appellant, v.* St. Louis and San Francisco Railroad Company, *Respondents, and two other cases.*— Order affirmed, with ten dollars costs in one case only, and disbursements in all the cases, without prejudice to the right of the plaintiff to take such steps as he shall be advised to vacate the submission. Opinion by Hardin, J.